NUMBERS
13-05-568-CR AND 13-05-569-CR

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

__________________________________________________________  ________

 

EDWARD LEE SERRANO,                                           Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

___________________________________________________________  _______

 

                  On
appeal from the 156th District Court 

                              of
Bee County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

  Before Chief Justice Valdez and Justices Rodriguez and Castillo

                       Memorandum
Opinion Per Curiam

 

Appellant, EDWARD LEE SERRANO,
perfected appeals from  judgments entered
by the 156th District Court of Bee County,
Texas,  in cause numbers B-03-2128-0-CR-B
and B-03-2129-0-CR-B.  Appellant has
filed motions to dismiss the appeals. 
The motions comply with Tex. R.
App. P. 42.2(a).








The Court, having considered the documents on file and appellant=s motions to dismiss
the appeals, is of the opinion that appellant's motions to dismiss the appeals
should be granted.  Appellant's motions
to dismiss the appeals are granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.2(b).

 

Memorandum Opinion
delivered and filed 

this the 20th
day of October, 2005.